UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CEDRIC V. PETERSON,

        Plaintiff,

   v.

J P MORGAN CHASE BANK, as Trustee Under the Pooling and Servicing Agreement, dated as of June 1, 2002, Among Credit-Based Asset Servicing and Securitization LLC, SALOMON BROTHERS MORTGAGE SECURITIES VII, INC., LITTON LOAN SERVICING LP and J P MORGAN CHASE BANK, SALOMON MORTGAGE LOAN TRUST, C-BASE MORTGAGE LOAN ASSET-BACKED CERTIFICATES. SERIES 2002-CB3,

        Defendants.

NO. CIV. S-05-0423 FCD KJM

MEMORANDUM AND ORDER

----oo0oo----

The court has reviewed plaintiff Cedric V. Peterson's notice of removal filed June 23, 2005, and hereby STRIKES the removal as improper in that it was filed in CIV S-05-0423 FCD KJM, when it should have been filed as a new action. Plaintiff's counsel is

///

1

instructed to re-file the matter in accordance with Local Rule 77-121.

Additionally, plaintiff's counsel shall also review and comply with Local Rule 83-123 upon the re-filing of the removal.

IT IS SO ORDERED.

DATED: June 30, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE