UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC V. PETERSON, | No. CIV S. 05-1355 WBS GGH |
| Plaintiff, | |
| v. | No. CIV S. 05-0423 FCD KJM |
| J.P. MORGAN CHASE BANK, et al., | |
| Defendants. | **NON-RELATED CASE ORDER** |
| J.P. MORGAN CHASE BANK, | |
| Plaintiff, | No. CIV S. 04-2492 MCE GGH PS |
| v. | |
| CEDRIC V. PETERSON, | |
| Defendant. | |

The court has received the Notice of Related Cases concerning the above-captioned cases filed July 5, 2005. See Local Rule 83-123, E.D. Cal. (1997). The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so. This order is issued for informational purposes

only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

DATED: August 3, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2