UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CEDRIC V. PETERSON,

        Plaintiff,

    v.

J.P. MORGAN CHASE BANK, et al.,

        Defendants.
_____/

NO. CIV. S-05-423 FCD/KJM

NO. CIV. S-05-1355 WBS/GGH

ORDER OF NON-RELATED CASES

----oo0oo----

The court has received the Notice of Related Cases concerning the above-captioned cases filed July 5, 2005.  See Local Rule 83-123, E.D. Cal.  The court has determined that it is inappropriate to relate or reassign the cases, and therefore declines to do so.  This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related or Non-Related Cases Orders of this Court.

Dated: August 15, 2005.

                              /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL, Jr.
                              United States District Judge