UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CEDRIC PETERSON,

      Plaintiff,

  v.

JP MORGAN CHASE BANK, et al.,

      Defendants.

NO. CIV. S-05-0432 FCD KJM

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Defendants' Motion to Dismiss is continued to January 27, 2006 at 10:00 a.m.  Plaintiff shall file and serve his opposition brief or notice of non-opposition no later than January 13, 2006.  The Defendants' may file and serve a reply on or before January 20, 2006.

    2.   Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

///

    3.    Plaintiff's counsel shall file his response to the order to show cause on or before January 20, 2006.

    4.    A hearing on the order to show cause will follow the hearing on the Motion to Dismiss.

    IT IS SO ORDERED.

DATED: January 3, 2006.


                                                    /s/ Frank C. Damrell Jr.
                                                  FRANK C. DAMRELL, Jr.
                                                  UNITED STATES DISTRICT JUDGE