# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC V. PETERSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>J P MORGAN CHASE BANK, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT, DATED AS OF JUNE 1, 2002, AMONG CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC, SALOMON BROTHERS MORTGAGE SECURITIES VII, INC., LITTON LOAN SERVICING LP AND J P MORGAN CHASE BANK SALOMON MORTGAGE LOAN TRUST, C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2002-CB3,<br><br>　　　　　Defendants. | **Case No. 05-CV-00423-FCD-KJM**<br><br>*Assigned for all purposes to: District Court Judge Frank C. Damrell, Jr.*<br><br>**ORDER SHORTENING TIME TO HEAR DEFENDANTS' MOTION FOR MODIFICATION OF THE PRETRIAL SCHEDULING ORDER**<br><br>*[Defendants' Ex Parte Application for Order Shortening Time and Declaration of Jennifer K. Stinnett in Support Thereof filed concurrently herewith]*<br><br>*Complaint filed: March 2, 2005*<br>*FAC filed: October 11, 2005* |

Having considered the papers filed by Defendants, JP MORGAN CHASE BANK, AS TRUSTEE, SALOMON BROTHERS MORTGAGE SECURITIES VII, INC., LITTON LOAN SERVICING, SALOMON MORTGAGE LOAN TRUST and C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES (hereinafter collectively

**1**

**ORDER SHORTENING TIME TO HEAR DEFENDANTS' MOTION FOR MODIFICATION OF THE PRETRIAL SCHEDULING ORDER**

1  "Defendants") and good cause having been shown therefore,

2       IT IS HEREBY ORDERED THAT:

3       1.    Defendants' ex parte application for an Order Shortening Time to Hear Defendants' Motion for Modification of the Pretrial Scheduling Order is GRANTED.

5       2.    Said Motion shall be heard on March 10, 2006, in Department 2 of the above-entitled court, at 10:00 a.m.

7       3.    Any Opposition to the Motion shall be filed and served on or before March 6, 2006.

9       4.    Any Reply to Opposition shall be filed and served on or before March 8, 2006.

Dated: March 1, 2006

/s Frank C. Damrell Jr.
Honorable Frank C. Damrell, Jr.
Judge of the United States District Court