UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CEDRIC PETERSON,

      Plaintiff,

   v.

JP MORGAN CHASE BANK, et al.,

      Defendants.

NO. CIV. S-05-0432 FCD KJM

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Defendants' Motion to Modify the Pretrial Scheduling Order set for hearing on March 10, 2006 at 10:00 a.m. is VACATED and SUBMITTED without oral argument.

    2.   Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

    3.   Plaintiff's counsel shall file his response to the order to show cause on or before March 17, 2006.

///

    4.  A hearing on the order to show cause is set for Friday, March 24, 2006 at 10:00 a.m.

    IT IS SO ORDERED.

DATED: March 7, 2006.

                                    /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL, Jr.
                                    UNITED STATES DISTRICT JUDGE