UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CEDRIC PETERSON,

      Plaintiff,

    v.

JP MORGAN CHASE BANK, et al.,

      Defendants.

NO. CIV. S-05-0423 FCD KJM

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Defendants' Motion for Sanctions set for hearing on March 24, 2006 is continued to Friday, April 21, 2006 at 10:00 a.m. Plaintiff shall file and serve his opposition brief or notice of non-opposition no later than March 31, 2006.  The Defendants' may file and serve a reply on or before April 7, 2006.

    2.   Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $300.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

    3.    Plaintiff's counsel shall file his response to the order to show cause on or before March 31, 2006.

    4.    A hearing on this order to show cause is set for Friday, April 21, 2006 at 10:00 a.m. to immediately follow the hearing on Defendant's Motion for Sanctions and the hearing on the Order to Show Cause filed March 7, 2006 is also RESET for Friday April 21, 2006 at 10:00 a.m.

    IT IS SO ORDERED.

DATED: March 7, 2006.

                                     /s/ Frank C. Damrell Jr.
                                     FRANK C. DAMRELL, Jr.
                                     UNITED STATES DISTRICT JUDGE