1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CEDRIC PETERSON,

        Plaintiff,

    v.

JP MORGAN CHASE BANK, et al.,

        Defendants.

_____/

NO. CIV. S-05-0432 FCD/KJM

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of the plaintiff in the above action the court has determined that this case has settled as part of a global settlement.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before June 2, 2006.   All dates set in this matter, including any pending motions, are hereby VACATED.  Additionally, any pending ex-parte motions are deemed MOOT.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

IT IS SO ORDERED.

Dated: April 3, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States District Judge