UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC V. PETERSON, § § §<br><br>    Plaintiff § § §<br><br>v. § § §<br><br>J P MORGAN CHASE BANK, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT, DATED AS OF JUNE 1, 2002, AMONG CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC, SALOMON BROTHERS MORTGAGE SECURITIES VII, INC.,LITTON LOAN SERVICING LP AND J P MORGAN CHASE BANK, SALOMON MORTGAGE LOAN TRUST, C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2002-CB3, § § § § § § § § § § § § § § § §<br><br>    Defendants. § § | Case No. 05-CV-00423-FCD-KJM<br><br>*Assigned for all purposes to:* District Court Judge Frank C. Damrell, Jr.<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

**CAME ON TO BE CONSIDERED** this day the "Joint Stipulation of Dismissal with Prejudice" filed in this action by Plaintiff, CEDRIC V. PETERSON, and Defendants, JP MORGAN CHASE BANK, AS TRUSTEE, SALOMON BROTHERS MORTGAGE

SECURITIES VII, INC., LITTON LOAN SERVICING, SALOMON MORTGAGE LOAN TRUST and C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES (collectively "the Parties"). After considering said Stipulation and the Agreement of the Parties expressed therein, the Court hereby:

**GRANTS** the Joint Stipulation of Dismissal and dismisses the above-entitled action with prejudice.

**SO ORDERED** this 19th day of June, 2006.

/s/Frank C. Damrell, Jr.
**UNITED STATES DISTRICT JUDGE**